United States Bankruptcy Court
District of Nevada

| | |
|---|---|
| In re: | Case No. 23-11750-abl |
| ALFRED T DEVAULT | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 1 |
| Date Rcvd: May 02, 2023 | Form ID: ndef13 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + ALFRED T DEVAULT, 4571 DOPO CT., LAS VEGAS, NV 89135-2542 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: May 04, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ERIK C SEVERINO | on behalf of Debtor ALFRED T DEVAULT erik@mylasvegaslawyers.com gus@mylasvegaslawyers.com;scott@mylasvegaslawyers.com;severinoer90555@notify.bestcase.com |
| KATHLEEN A. LEAVITT | courtsecf3@las13.com |

TOTAL: 2

NVB 1007−7 (Rev. 3/22)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:  
ALFRED T DEVAULT

                    Debtor(s)

BK−23−11750−abl  
CHAPTER 13

NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING

**NOTICE IS GIVEN** that the above debtor(s) filed a voluntary petition on 5/1/23. Pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules for the District of Nevada, the Clerk has noted deficiencies to the petition and/or schedules and statements of this debtor(s) as listed below. This Notice advises the debtor(s) of deficiencies noted by the Clerk in the filing of the Voluntary Petition and related documents. This Notice does not cover all duties and requirements a debtor must perform, and there may be other deficiencies not noted below. **Failure to cure the deficiencies within the time allowed by law or by an extension granted by court order may result in the dismissal of this case.**

SCHEDULES, STATEMENTS AND CERTIFICATIONS:

- \* The following schedules, required pursuant to Fed. R. Bankr. P. 1007 and LR 1007, were not filed with the Voluntary Petition:
    - \* Declaration About an Individual Debtor's Schedules (Official Form 106Dec)
    - \* Summary of Your Assets and Liabilities and Certain Statistical Information (28 U.S.C. Section 159)(Official Form 106Sum)
    - \* Schedule A/B: Property (Official Form 106A/B)
    - \* Schedule C: Property You Claim as Exempt (Official Form 106C)
    - \* Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D)
    - \* Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
    - \* Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G)
    - \* Schedule H: Your Codebtors (Official Form 106H)
    - \* Schedule I: Your Income (Official Form 106I)
    - \* Schedule J: Your Expenses (Official Form 106J)
- \* The Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107), required pursuant to Fed. R. Bankr. P. 1007(b) and (c), was not filed with the Voluntary Petition.

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S):

- \* Pursuant to Fed. R. Bankr. P. 2016(b), the attorney for the debtor(s) has failed to file a Disclosure of Compensation (Form 2030) as required by 11 U.S.C. Section 329.

LIST OF CREDITORS:

- \* The Verification of Creditor Matrix, required pursuant to Fed. R. Bankr. P. 1008, was not filed with the list of creditors.

<u>STATEMENT OF CURRENT MONTHLY INCOME AND MEANS TEST CALCULATION:</u>

* The Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period and/or Chapter 13 Calculation of Your Disposable Income) (Official Forms 122C−1 and 122C−2), required pursuant to Fed. R. Bankr. P. 1007(b)(6) and (c), were not filed at the same time as the Voluntary Petition.

<u>CHAPTER 13 PLAN:</u>

* A Chapter 13 Plan, required pursuant to Fed. R. Bankr. P. 3015(b), was not filed with the Voluntary Petition.

**NOTICE IS FURTHER GIVEN** that the Federal Rules of Bankruptcy Procedure, Local Rules and Electronic Filing Procedures are available on the court's web site at <u>http://www.nvb.uscourts.gov</u>.

Dated: 5/2/23

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court