KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 S 4th Street, Suite 101
Las Vegas, NV 89101
kal13mail@las13.com
Tel: (702) 853-0700
Fax: (702) 853-0713

E-FILED

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:
ALFRED T DEVAULT

Debtor(s)

Case No:-23-11750-ABL

CHAPTER 13

Hearing Date:   August 24, 2023
Hearing Time:   1:30 pm

LAW OFFICE OF ERIK SEVERINO
Attorney for the Debtor

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN**
**#1 COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

Comes now KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee, in the above captioned bankruptcy case and hereby alleges as follows:

**Statement of Facts**

The Debtor(s) filed for Chapter 13 relief on 05/01/2023. The Section 341(a) Meeting of Creditors held on August 01, 2023 at 2:00 pm was concluded.

**Argument**

The Trustee objects to confirmation of the Chapter 13 Plan and recommends that this case be dismissed pursuant to 11 U.S.C. §1307(c) for one or more of the following reasons:

- Debtor(s) is/are delinquent in plan payments. 11 U.S.C. §1307(c)(1)
- Pursuant to Local Bankruptcy Rule 3015(g), Debtor(s) must demonstrate that all secured payments are current as of the date of confirmation.

Debtor(s) failed to cooperate with the Trustee as necessary to enable the Trustee to perform her duties pursuant to 11 U.S.C. §521(a)(3), §704 and/or §1302. This failure to cooperate has caused unreasonable delay that is prejudicial to creditors under 11 U.S.C. §1307(c)(1) as the Debtor(s) did not provide the following documents[1] and/or amendments:

- All tax returns for all taxable periods ending during the 4-year period ending on the date of the filing of the petition. Specifically: 2022
- Verification of Non-filing spouses vehicle payment of $654.18..
- Most current statement or payment coupon received from Conduit Creditor.
- Amendment to Schedule A/B Real and personal Property: list Non-Filing Spouse's retirement accounts and investments if not already listed per testimony..

Finally, Trustee makes the following statements in an effort to maintain a clear record:

- Debtor should ensure that all creditors have been noticed pursuant to LR 1007(b)(5)(B).

**Conclusion**

WHEREFORE, for the foregoing reasons, the Trustee objects to confirmation and recommends that this case be dismissed pursuant to 11 U.S.C. §1307(c).

Dated: 8/3/23

/s/ Kathleen A. Leavitt
Kathleen A. Leavitt
Chapter 13 Trustee

---

[1] The Trustee requests that all documents be submitted in a redacted form. Please reference F.R.B.P. 9037 for guidance on the information that should be redacted.

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
711 S 4Th Street
Suite 101
Las Vegas, NV  89101

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>**ALFRED T DEVAULT**<br><br><br><br>**Debtor (s)** | CASE NO: BKS-23-11750-ABL<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

1. On August 03, 2023, I served the following document(s):

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN #1 COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

2. I served the above-named documents(s) by the following means to the persons as listed below:

**United States mail, postage fully prepaid**

ALFRED T DEVAULT
4571 DOPO CT
LAS VEGAS, NV  89135

LAW OFFICE OF ERIK SEVERINO
7251 W LAKE MEAD BLVD
SUITE 300
LAS VEGAS, NV  89128

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 8/3/23

/s/ Esther Carr_____
Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee