_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
September 29, 2023

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 S 4th Street Suite 101
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| IN RE: | Chapter 13 |
|---|---|
| | Case No: 23-11750-ABL |
| ALFRED T DEVAULT | ORDER  DENIAL OF CONFIRMATION AND DISMISSING CASE |
| | |
| **Debtor** | Hearing Date: 09/21/2023 |
| | Hearing Time:  1:30 pm |

   The Debtor(s)' proposed chapter 13 Plan #1 having come on for confirmation hearing on the above captioned date and time; the Trustee having filed an Opposition to Confirmation Combined with Recommendation for Dismissal, the following parties have appeared: [X] Trustee [  ] Debtor [  ] Attorney for Debtor [  ] Other , after all pleadings and arguments having been considered by this Court, and good cause appearing therefore;

   IT IS HEREBY ORDERED that confirmation of the Plan is denied and that the above-captioned proceedings under Chapter 13 be DISMISSED for the following reason(s):

- Delinquent Plan payments.

- Other Reason: Failure to resolve Trustee's Opposition filed on 8/3/2023, dkt #24

DATED: 09/28/2023

Submitted by:

 /s/  KATHLEEN A. LEAVITT
Kathleen A. Leavitt
Chapter 13 Trustee
(bg)

**LR 9021 CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

____    The court has waived the requirement set forth in LR 9021 (b)(1).

_X_    No party appeared at the hearing or filed an objection to the motion.

____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disproved the order, or failed to respond, as indicated below:

|  | Approved: | _____ |
|---|---|---|
|  | Disapproved: | _____ |
|  | Failed to Respond: | _____ |

____    I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###