United States Bankruptcy Court
District of Nevada

In re:  Case No. 23-11750-abl
ALFRED T. DEVAULT  Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2 | User: admin | Page 1 of 3
Date Rcvd: Oct 02, 2023 | Form ID: adindsm | Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ALFRED T. DEVAULT, 4571 DOPO CT., LAS VEGAS, NV 89135-2542 |
| 11982436 | + | Bloomingdales Loyallist, PO Box 8260, Mason, OH 45040-5260 |
| 11982434 | + | First National Credit Inc., 50 W. Liberty St. Ste 250, Reno, NV 89501-1973 |
| 11987581 | + | Siena Community Association, 10525 Siena Monte Ave, Las Vegas, NV 89135-2433 |
| 11987582 | | Siena Community Association, c/o FirstService Residential, Po Box 30422, Tampa, FL 33630-3422 |
| 11987580 | + | Siena Community Association, c/o First Service Residential, 8290 Arville Street, Las Vegas, NV 89139-7114 |
| 11994086 | + | TIFFANY & BOSCO, P.A., C/O REGINA A. HABERMAS, ESQ., 10100 W. CHARLESTON BOULEVARD, SUITE 220, LAS VEGAS NV 89135-5001 |
| 11982435 | + | Tansworld Systems, Inc., Po Box 17212, Wilmington, DE 19850-7212 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: BNC@las13.com | Oct 03 2023 01:13:00 | KATHLEEN A. LEAVITT, 711 SOUTH 4TH ST SUITE # 101, LAS VEGAS, NV 89101-6762 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Oct 03 2023 01:13:00 | DONNA LEE JENSEN, OFFICE OF THE UNITED STATES TRUSTEE, 235 PINE STREET, STE 700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: jared.a.day@usdoj.gov | Oct 03 2023 01:13:00 | JARED A DAY, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509-1362 |
| ust | | Email/Text: John.Nemecek@USDOJ.GOV | Oct 03 2023 01:13:00 | JOHN W. NEMECEK, DOJ-UST, 301 NORTH MAIN STREET, STE 1150, WICHITA, KS 67202 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Oct 03 2023 01:13:00 | NICHOLAS STROZZA, 300 BOOTH ST RM 3009, RENO, NV 89509-1362 |
| ust | | Email/Text: cameron.m.gulden@usdoj.gov | Oct 03 2023 01:13:00 | CAMERON M. GULDEN, DOJ-UST, 300 BOOTH ST, ROOM 3009, RENO, NV 89509 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Oct 03 2023 01:13:00 | TRACY HOPE DAVIS, OFFICE OF THE U.S. TRUSTEE, 235 PINE ST #700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Oct 03 2023 01:13:00 | WILLIAM B COSSITT, U.S. TRUSTEE'S OFFICE, 300 BOOTH ST, #3009, RENO, NV 89509-1360 |
| 11953147 | + | EDI: BANKAMER.COM | Oct 03 2023 04:57:00 | Bank of America, Acct No 0109172556, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 11953148 | + | EDI: CITICORP.COM | Oct 03 2023 04:57:00 | Citi Card/Best Buy, Acct No 4269380096094374, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 11953149 | | Email/Text: bankruptcy@dcu.org | Oct 03 2023 01:13:00 | Digital Federal Credit Union, Acct No 5997894141, Attn: Bankruptcy, 220 Donald Lynch |

| District/off: 0978-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 02, 2023 | Form ID: adindsm | Total Noticed: 28 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Blvd, Marlborough, MA 01752 |
| 11956647 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2023 01:22:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 11953150 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 03 2023 01:13:00 | Midland Funding/Midland Credit Mgmt, Acct No 302288001, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 11953151 | | Email/Text: rcwilley.bankruptcy@rcwilley.com | Oct 03 2023 01:13:00 | RC Willey Home Furnishings, Acct No 2124029614, Attn: Bankruptcy, 2301 South 300 West, Salt Lake City, UT 84115 |
| 11953152 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2023 01:22:30 | Resurgent Capital Services, Acct No 43001528226187, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 11953153 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 03 2023 01:13:00 | Shellpoint, Po Box 650840, Dallas, TX 75265-0840 |
| 11953154 | + | EDI: RMSC.COM | Oct 03 2023 04:57:00 | Syncb/Care Credit, Acct No 601918181766, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 11953155 | + | EDI: RMSC.COM | Oct 03 2023 04:57:00 | Synchrony Bank/JCPenney, Acct No 600889677033, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 12007382 | | Email/Text: mtgbk@shellpointmtg.com | Oct 03 2023 01:13:00 | The Bank of New York Mellon Trustee (See 410), c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 11953156 | + | EDI: CAPITALONE.COM | Oct 03 2023 04:57:00 | Walmart Credit Services/Capital One, Acct No 6097653707069230, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | EOUST |
| ust | | LINDA EKSTROM STANLEY, NA, NA 0 |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 04, 2023         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed

District/off: 0978-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 02, 2023 | Form ID: adindsm | Total Noticed: 28

below:

| Name | Email Address |
| --- | --- |
| ERIK C SEVERINO | on behalf of Debtor ALFRED T. DEVAULT erik@mylasvegaslawyers.com scott@mylasvegaslawyers.com;ana@mylasvegaslawyers.com;cathy@mylasvegaslawyers.com;severinoer90555@notify.bestcase.com |
| KATHLEEN A. LEAVITT | courtsecf3@las13.com |
| REGINA A. HABERMAS | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-46CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-46CB rh@tblaw.com, nvbk@tblaw.com |

TOTAL: 3

NVB 1017−1 (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                                            BK−23−11750−abl
CHAPTER 13

ALFRED T. DEVAULT

                   Debtor(s)              NOTICE OF DISMISSAL;
NOTICE THAT ALL PENDING HEARINGS
ARE VACATED

On 9/29/23, the Bankruptcy Court for the District of Nevada entered an order dismissing this bankruptcy case. As a result, all pending hearings in the case, except any pending hearings regarding Appeals and Motions to Reconsider, are hereby vacated and will be taken off calendar without further notice. This notice does not affect the status of any adversary proceedings or any motions or matters that are pending in such adversary proceedings.

Dated: 9/29/23

*Mary A Schott* (signature)

Mary A. Schott
Clerk of Court